No. 87–951.  ABBOTT *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 87–957.  TVL CORP. *v.* SPANISH INTERNATIONAL COMMUNICATIONS CORP.  C. A. 9th Cir.  Certiorari denied.

No. 87–959.  MILLER *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 87–990.  RISER *v.* LASALLE PARISH SCHOOL BOARD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–5470.  ARTHUR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 87–5560.  VILLALOBOS-LORDUIZ ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–5561.  TRIPATI *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–5578.  BROWN *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 87–5589.  PATTERSON *v.* REDMAN.  C. A. 6th Cir.  Certiorari denied.

No. 87–5599.  DINICOLA *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 87–5600.  BANNER *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 87–5646.  OGAMI *v.* HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 87–5652.  HURLEY *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 87–5697.  COX *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.